1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant JUMP
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,       )   No. CR 12-103 CRB
                                     )
11 |         Plaintiff,               )   **[PROPOSED] ORDER FOR RELEASE
                                     )   FROM CUSTODY TEMPORARY
12 |    v.                            )   RELEASE ON CONDITIONS
                                     )   PREVIOUSLY ESTABLISHED BY THE
13 | RICHARD JUMP,                   )   COURT**
                                     )
14 |         Defendant.              )   Date:  April 27, 2012
                                     )   Court: The Honorable Laurel Beeler
15

        The parties hereby stipulate and agree as follows:

16
        1.  The defendant appeared before Judge Laurel Beeler on April 23, 2012 for a
17
            proposed compassionate release for the upcoming weekend;
18
        2.  The circumstances of the compassionate release are the sudden death of Mr.
19
            Jump's daughter last week. He had appeared on April 23, 2012 requesting
20
            permission to attend his daughter's wake and funeral;
21
        3.  At the April 23, 2012 hearing, the parties stipulated to release on conditions
22
            established on a standard issue bond form, filed and signed by this Court on April
23
            23, 2012;
24
        4.  Mr. Jump was ordered released by this Court on April 23, 2012 because at that
25
            time, the parties thought a state custodial hold was in place in Sonoma County.
26

Mr. Jump was subsequently released from Santa Rita the evening of April 23, as apparently there is no state hold in place. He then self-surrendered to the U.S. Marshal today, April 23, 2012 as directed by this Court, due to the fact that he was released earlier than the terms of the compassionate release provided;

5. Pursuant to the terms of the release ordered April 23, 2012, the parties now stipulate and request that the Court order Mr. Jump re-released on April 27, 2012, on the same terms and conditions and secured in the same manner as reflected on the April 23, 2012 bond and order previously signed by this Court.

IT IS SO STIPULATED.

Dated: April 24, 2012

_____/S/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: April 24, 2012           _____/S/_____
KEVIN BARRY
ASSISTANT UNITED STATES ATTORNEY

## [PROPOSED] ORDER

For the reasons set forth above, the United States Marshal Service is hereby ordered to **release Mr. Jump from federal custody on Friday, April 27, 2012.** Mr. Jump is ordered to return to federal custody no later than **9:00 a.m. on Monday, April 30, 2012.**

**IT IS SO ORDERED**.

DATED: April 24, 2012           _____
LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE